No. 21-1153

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

IN RE BRIAN W. COUGHLIN,

DEBTOR

BRIAN W. COUGHLIN,

PETITIONER

v.

LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, NIIWIN, LLC
D/B/A LENDGREEN, L.D.F. BUSINESS DEVELOPMENT CORPORATION, AND L.D.F
HOLDINGS, LLC,

RESPONDENTS

ON DIRECT APPEAL FROM THE
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CORPORATE DISCLOSURE STATEMENT OF
NIIWIN, LLC D/B/A LENDGREEN, L.D.F. BUSINESS
DEVELOPMENT CORPORATION, AND L.D.F HOLDINGS, LLC**

Adrienne K. Walker
Locke Lord LLP
111 Huntington Ave
Boston, MA 02119
Tel: 617-239-0211
awalker@lockelord.com

Andrew Lester
Zachary R.G. Fairlie
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Tel: (816) 474-8100
alester@spencerfane.com
zfairlie@spencerfane.com

91450295v.1

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Appellant Procedure 26.1, counsel for the Respondents Niiwin, LLC d/b/a Lendgreen, L.D.F. Business Development Corporation, and L.D.F. Holding, LLC certify that each of the Respondents are privately held, nongovernmental corporate entities. Respondents further certify that Niiwin, LLC is 100% owned by L.D.F. Holdings, LLC, which is 100% owned by L.D.F. Business Development Corporation, which is 100% owned by Lac Du Flambeau Band of Lake Superior Chippewa Indians. La Due Flambeau Band of Chippewa Indians is a Federally-recognized Indian tribe.

Dated: March 16, 2021          Respectfully submitted,

*/s/ Adrienne K. Walker*
Adrienne K. Walker, Esq.
(1st Cir. No. 1089044)
LOCKE LORD LLP
111 Huntington Ave
Boston, MA 02119
Tel: 617-239-0211
awalker@lockelord.com

Andrew Lester
(1st Cir. No. 1197886)
Zachary R.G. Fairlie
(1st Cir. No. 1197014)
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Tel: (816) 474-8100
alester@spencerfane.com
zfairlie@spencerfane.com

1

91450295v.1

## <u>CERTIFICATE OF SERVICE</u>

I, Adrienne K. Walker, do hereby certify that on March 16, 2021, I caused

a copy of the foregoing to be served through the ECF system, and that copies will

be sent electronically to registered participants and paper copies will be sent to those

indicated as non-registered participants requesting notice as of the date herein.


Dated: March 16, 2021          <u>/s/ Adrienne K. Walker</u>

91450295v.1