# Corporate Disclosure Statement

Appellees Lac du Flambeau Band of Lake Superior Chippewa Indians, L.D.F. Business Development Corp., L.D.F. Holdings, LLC, and Niiwin, LLC d/b/a Lendgreen make the following disclosure under Federal Rule of Appellate Procedure 26.1:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

    No.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome?

    No.

/s/Peter Rademacher
Peter J. Rademacher

*Counsel for Appellee Lac du Flambeau Band of Lake Superior Chippewa Indians*

/s/Zachary R.G. Fairlie
Zachary R.G. Fairlie

*Counsel for Appellees LDF Business Development Corporation, LDF Holdings, LLC, and Niiwin, LLC*