# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 21-1153     **Short Title:** Coughlin v. Lac du Flambeau ]

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: <u>Please see attached list of parties represented by counsel identified below.</u>     as the

[ ] appellant(s)     [ ] appellee(s)     [✔] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Kaighn Smith, Jr.</u>      <u>07/22/2021</u>
Signature                         Date

<u>Kaighn Smith, Jr.</u>
Name

<u>Drummond Woodsum</u>          <u>(207) 772-1941</u>
Firm Name (if applicable)       Telephone Number

<u>84 Marginal Way, Suite 600</u>
Address                         Fax Number

<u>Portland, ME  04101</u>          <u>KSmith@dwmlaw.com</u>
City, State, Zip Code           Email (required)

Court of Appeals Bar Number: <u>43039</u>

Has this case or any related case previously been on appeal?

[✔] No       [ ] Yes   Court of Appeals No.

=============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

- Seth Davis, Professor of Law, University of California, Berkeley School of Law

- Matthew L.M. Fletcher, Professor of Law, Michigan State University College of Law

- Joseph William Singer, Bussey Professor of Law, Harvard Law School

- Angela R. Riley, Professor of Law, UCLA School of Law

- Kristen A. Carpenter, Council Tree Professor of Law, University of Colorado Law School

- Adam Crepelle, Incoming Term Assistant Professor of Law, George Mason University Antonin Scalia Law School, and Associate Professor of Law, Southern University Law Center

- Gregory Ablavsky, Associate Professor of Law & Helen L. Crocker Faculty Scholar, Stanford Law School

- Bethany Berger, Wallace Stevens Professor of Law, University of Connecticut School of Law

- Alexander T. Skibine, S.J. Quinney Professor of Law, University of Utah S.J. Quinney College of Law

- Addie C. Rolnick, San Manuel Band of Mission Indians Professor of Law, UNLV William S. Boyd School of Law